# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2404EM

_____

United States of America,       *
                               *

          Appellee,       *    Appeal from the United States
                               *    District Court for the Eastern

   v.                     *    District of Missouri.
                               *

Gerald Miner,             *       [UNPUBLISHED]
                               *

         Appellant.      *

_____

Submitted: January 18, 1999
Filed: January 28, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gerald Miner appeals the district court's denial of Miner's motion for a new trial based on newly discovered evidence. Having considered the record and the parties' briefs, we conclude the district court did not abuse its discretion in denying Miner's motion without conducting an evidentiary hearing. See United States v. Turk, 21 F.3d 309, 312 (8th Cir. 1994); United States v. LaFuente, 991 F.2d 1406, 1409 (8th Cir. 1993). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.